JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker, | CV 19-2988 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| AA Haroon LLC, et al., | |
| Defendants. | |

    Pursuant to the Court's March 26, 2020 Order dismissing this action for failure to prosecute and failure to comply with the Court's orders,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

    IT IS SO ORDERED.

DATED: March 26, 2020

Percy Anderson
UNITED STATES DISTRICT JUDGE